Donald Beury
Attorney at Law
State Bar No.: 141733
423 E Street
Davis, CA 95616
Phone: 530.757.7125
Fax:  530.757.7124

Attorney for Nelvin McDermott
and  Christopher McDermott,
Irena McDermott, and Anna Marie, McDermott.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| NELVIN MCDERMOTT personally ) <br> and as guardian ad Litem for Anna Marie ) <br> Irena and Christopher McDermott, ) <br> ) <br> Petitioner,      ) <br> vs. ) <br> ) <br> CENTOCOR RESEARCH AND ) <br> DEVELOPMENT INC. a ) <br> Pennsylvania Corporation, AVENTIS ) <br> PHARMACEUTICALS CORPORATION ) <br> a Delaware Corporation, DOES 2 through ) <br> 10 and ROE Corporations 1 through 10, ) <br> Defendant.     ) <br> _____) | Case No.   07-CV-00586-LKK-DAD <br><br> PLAINTIFF'S STATUS REPORT <br><br><br><br><br><br><br><br><br><br> Date of Hearing: June 11, 2007 <br> Time of Hearing:    10:00AM |

Comes now, Plaintiffs, the family of  NELVIN MCDERMOTT, by and through their

attorney complain and allege as follows:

(a) . Attorney Donald Beury represents  Plaintiff, Nelvin McDermott, husband of the late

Khai McDermott, and the natural father of Christopher McDermott age 11, Irena McDermott age

9 and Anna Marie, age 7.

(b)   The Defendants manufacture various pharmaceuticals which were administered to and caused the death of Khai McDermott on June 24, 2005.  The Plaintiffs are alleging that the drugs were inherently unsafe and should never had been administered to Mrs. McDermott.

©   All known Defendants have been served.

(d).   The Plaintiff, NELVIN MCDERMOTT fathered these children with his late wife, Khai McDermott who died on June 24, 2005.

(e).   The Plaintiffs have no current plans to amend their pleadings.

(f)   Diversity jurisdiction under 28 USC §§ 1441, 1446 and 1332.

(g)   No motions are contemplated at this time.

(h)   Parties have conferred and agreed on the following schedule: An 18020 month trial track, with expert disclosures of March 14, 2008 and final disclosure of June30, 2008.  Expert's report is due on April 1, 2008

(I)   The parties request a trial date in December, 2008, with a pre-trial conference to be a month or two prior.

(J)   The plaintiffs would request trial before the District Judge and would not consent to binding arbitration.

(k)   All parties are requesting a trial by jury.

(l)   Trial is likely to take 15 days.

(m)    No modification of the local rules is contemplated.

(n)   The Plaintiff is unaware of any pending case, but is investigating that possibility.

(o)   Plaintiffs would prefer a settlement conference with the magistrate.

(p)    Plaintiffs are agreeable to any Dispute resolution device.  Parties have discussed

mediation.

    (q)   None.

    Dated this  30  day of  May, 2007

                                           /s/ Donald Beury
                                _____
                                Donald Beury, attorney for Plaintiffs.
                                Attorney for Nelvin McDermott
                                and  Christopher McDermott,
                                Irena McDermott, and Anna Marie, McDermott.