TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - State Bar No. 146904
PETER E. SCHNAITMAN - State Bar No. 218982
LINDA G. RONAN - State Bar No. 231003
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071-2223
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
linda.ronan@tuckerellis.com

Attorneys for Defendant
CENTOCOR, INC. (erroneously sued as
CENTOCOR RESEARCH AND
DEVELOPMENT, INC.)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELVIN MCDERMOTT, personally and as guardian ad litem for Anna Marie, Irena and Christopher McDermott,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTOCOR RESEARCH AND DEVELOPMENT, INC., a Pennsylvania Corporation, AVENTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation, DOES 2 through 10 and ROE Corporations 1 through 10,<br><br>　　　　　Defendants. | Case No.  2:07-CV-00586-LKK-DAD<br>(Assigned to Judge Lawrence K. Karlton)<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the parties give this Notice of Settlement pursuant to United States District Court for the Eastern District of California Local Rule 16-160.  The parties have reached an agreement to settle this case and are currently finalizing the settlement agreement.

TUCKER ELLIS & WEST LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

1
NOTICE OF SETTLEMENT

LAimanage/30180/01094/606057/1

1  Because Anna Marie, Irena and Christopher McDermott – three of the four plaintiffs in
2  this case – are minors, Plaintiffs will file a motion requesting this Court to approve the
3  compromise of Anna Marie, Irena and Christopher McDermott's claim.  Therefore, the parties
4  request additional time for the Plaintiffs to file the necessary dispositional papers for this
5  settlement.

7  DATED:  April 18, 2008                             TUCKER ELLIS & WEST LLP

                                                By:   /S/ Peter E. Schnaitman
                                                      Peter E. Schnaitman
                                                      Attorneys for Defendant
                                                      CENTOCOR, INC. (erroneously sued as
                                                      CENTOCOR RESEARCH AND
                                                      DEVELOPMENT, INC.)

TUCKER ELLIS & WEST LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

2.
NOTICE OF SETTLEMENT

LAimanage/30180/01094/606057/1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Suite 4200, Los Angeles, CA 90071-2223.

On April 18, 2008, I served the foregoing document entitled **NOTICE OF SETTLEMENT** by placing (_) the original (X) a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

| | |
|---|---|
| Donald Beury, Esq.<br>Attorney at Law<br>423 E. Street<br>Davis, CA 95616 | **Counsel for Plaintiffs**<br><br>Tel: 530.757.7125<br>Fax: 530.757.7124 |
| Frank Kelly, Esq.<br>SHOOK, HARDY & BACON LLP<br>333 Bush Street, Suite 600<br>San Francisco, CA 94104 | **Counsel for Aventis Pharmaceuticals Inc.**<br><br>Tel: 415.544.1900<br>Fax: 415.391.0281 |
| Angela M. Seaton, Esq.<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 | Tel: 816.474.6550<br>Fax: 816.421.5547 |

(X)   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( )   By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 18, 2008, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　　　　/S/ Maria Valdez
　　　　　　　　　　　　　　　　　　　　　　　　Maria Valdez

TUCKER ELLIS & WEST LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223

**PROOF OF SERVICE**

LAimanage/30180/01094/606057/1