UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NELVIN MCDERMOTT, personally
and as guardian ad litem for
Anna Marie, Irena and
Christopher McDermott,

        Plaintiffs,

  v.

CENTOCOR RESEARCH AND
DEVELOPMENT, INC., a
Pennsylvania Corporation,
AVENTIS PHARMACEUTICALS
CORPORATION, a Delaware
Corporation, DOES 2 through 10,
and ROE Corporations 1 through 10,

        Defendants.
_____/

NO. Civ.S-07-586 LKK/DAD

**ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

    Counsel for defendant has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than sixty (60) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

1

1  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
2  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
3       IT IS SO ORDERED.
4       DATED:  April 18, 2008.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

2