Donald Beury
Attorney at Law
State Bar No.: 141733
423 E Street
Davis, CA 95616
Phone: 530.757.7125
Fax:  530.757.7124

Attorney for Nelvin McDermott
and  Christopher McDermott,
Irena McDermott ,and Anna Marie, McDermott.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| NELVIN MCDERMOTT personally and as guardian ad Litem for Anna Marie Irena and Christopher McDermott, <br><br> Petitioner, <br><br> vs. <br><br> CENTOCOR RESEARCH AND DEVELOPMENT INC. a Pennsylvania Corporation, AVENTIS PHARMACEUTICALS CORPORATION a Delaware Corporation, DOES 2 through 10 and ROE Corporations 1 through 10, <br> Defendant. | Case No.  07-CV-00586-LKK-DAD <br><br> <u>PLAINTIFF'S REQUEST FOR A CIVIL COMPROMISE OF MINOR'S CLAIMS</u> <br><br><br><br> Courtroom 4 <br> (The Honorable Judge Carlton) <br> Date of Hearing:    May 19, 2008 <br> Time of Hearing:    10:00AM |

Comes now, Plaintiffs, the family of  NELVIN MCDERMOTT, by and through their attorney Donald Beury and asks this Honorable Court to enter an Order setting a compromise of minor''s claim on behalf of the minor children, Christopher McDermott age 13, Irena McDermott age 11 and Anna Marie McDermott, age  9.

Mr. McDermott was previously appointed Guardian Ad litum in case number 06-AS03925 which is the case number assigned to this case by the Sacramento County Superior Court before it was removed to this honorable court.   Th Plaintiff requests that this Court take judicial Notice of the Motion and Order filed in that case (Now the instant case) wherein the Court appointed Mr. Nelvin McDermott Guardian Ad litum of his children for the purpose of settling their compromise of minor's Claim

## STATEMENT OF THE FACTS

Nelvin McDermott's late wife Khai McDermott entered Kaiser Hospital in December of 2004 suffering from rheumatoid arthritis.  The doctors at Kaiser proscribed intravenous injections of ARAVA and Rhemicaid, which are new drugs manufactured by the Defendants.  These drugs carried a black box warning that they were not to be administered to people who suffered from tuberculosis

The Doctors at Kaiser failed to test Mrs. McDermott for tuberculous until April of 2006.  At that time the TB diagnosis was confirmed and she was taken off these drugs.  Two months later she died.  Kaiser, without admitting fault for her death, nevertheless settled for $400,000.

The Defendants herein, have agreed to settle this action by the payment of $27,500.  Without discussing the issue of liability the Plaintiff admits that this is a fair settlement.  Plaintiff has to concede that  Mrs. McDermott went into the hospital suffering from rheumatoid arthritis and the undiagnosed tuberculosis.  Even if her treatment had been entirely proper and  Defendant's drugs safe and appropriate for their intended

purpose, Mrs. McDermott was a very sick woman and would have had a reduced lifestyle and possibly early death.

The Plaintiff requests that this honorable court approve the settlement of this action and the setting aside of $1,000 for each of the McDermott's three children. Each of the children was previously given $25,000 in a blacked account in the Bank of America located in West Sacramento. Thus each child will have $26,000 plus interest when they obtain the age of twenty-one years.

Mr. McDermott took the proceeds form the previous case and purchased a home to raise the children. He states that all the money goes to the children, either to raise them or to be available for their college education. Although he will receive the majority share of the proceeds in this case He has indicated he will use the money to raise his children.

## ATTORNEY'S FEES AND COSTS

Plaintiff requests that the sum of $11,020 be paid to the law office of Donald Beury. This is the amount provided by the parties's fee agreement.   (A copy of which is re-created herein. It is also supported by the California Civil Code 3333.2 which is commonly known as MICRA.

In addition, the Plaintiff experienced the following costs in litigating this case (All costs have been advanced by the attorney):

    Filing Fees..................................................................................$320.00

    Service of process........................................................................$150.00

    Medical records. Photocopies.....................................................$475.00

    Photocopies..................................................................................52.00

    Long distance................................................................................32.00

    postage.........................................................................................45.20

                                  Total costs:        $1,074.20

## REQUEST FOR JUDGMENT

    The Plaintiff requests that this court issue an order dispersing the proceeds of the settlement as follows:

    $1,000 payable to the blocked trust account in the name of Christopher McDermott;

    $1,000 payable to the blocked trust account in the name of Irena McDermott;

    $1,000 payable to the blocked trust account in the name of Anna Marie;

    $12,094.20 payable to the law office of Donald Beury for attorney's fees and costs.

    The remaining $12,405.80 is payable to Nelvin McDermott.

    Dated this ___ day of April 15, 2008

                                _____Donald Beury_____
                                Donald Beury, attorney for Plaintiffs.
                                Attorney for Nelvin McDermott
                                and  Christopher McDermott,
                                Irena McDermott, and Anna Marie, McDermott.

## DECLARATION OF ATTORNEY, DONALD BEURY

    I, Donald Beury , do declare under penalty of perjury as follows:

I am the attorney of record retained to represent Nelvin McDermott and his children in this case and as such I have personal knowledge of the facts stated here and I am competent to testify thereto.

The case against two pharmaceutical giants was a ver complex case and required a high degree of experience and effort on my staff and my part. We have talked to many experts and conferred with other attorneys in this area of law and have reviewed many articles and treatises regarding these drugs.

As a result fo the research and consultation, I believe and state that the settlement of this action is fair and reasonable.

The attorney's fees on this case alone are fair and reasonable. After reaching an agreement in the separate case against the treating hospital, I spent many hours assuring myself that these defendants had liability separate and apart form the hospital. The hospital admitted negligence in not testing the decedent for tuberculosis. But there is an arguable case that these drugs were unreasonably dangerous to Mrs. McDermott. Recent case law was clearly going against the McDermott and hence the settlement. The sum of $11,020 for attorney's fees is the result of nearly two years of work and   hundreds of hours of work.

I believe that Mr. McDermott is a good father and has used the money he has received to care for his children. He clearly was devastated by the loss of his wife and it is therefor proper that he receive the majority of the proceeds from this settlement.

The money from the previous settlement ($25,000 ) was put into an interest bearing an blocked account with Bank of America. The $1,000 will be added to that account. With interest, each child should receive approximately $35,000 for their education.

Dated this ___ ay of April, 2008.

*Donald Beury*

_____

Donald Beury

**Law Offices of Donald Beury**
423 E Street
Davis, California 95814
(916)801-4182

**ATTORNEY CLIENT FEE AGREEMENT**

_____

This is the written fee agreement ("Agreement") that California law requires attorneys to have with their clients. Law Offices of Donald Beury ("Attorney") will provide legal services to Nelvin McDermott ("Client") on the terms set forth below.

1. **CONDITIONS**.  This agreement will not take effect, and Attorney will have no obligation to provide legal services, until Client returns a signed copy of this Agreement and pays the initial fee/deposit called for under Paragraph 4.

2. **SCOPE OF SERVICES.**  Client hires Attorney to provide legal services in the following matter: to prosecute a malpractice action against Abbott Laboratories and

AVENTIS for the wrongful death of Khai McDermott.

. Services in any matter not described above will require a separate Agreement.

3. **CLIENT'S DUTIES.** Client agrees to be truthful with Attorney, to cooperate, to keep Attorney informed of any information or developments which may come to Client's attention, to abide by this agreement, to pay Attorney's bills on time and to keep Attorney advised of Client's address, telephone number and whereabouts. Client will assist Attorney in providing necessary information and documents and will appear when necessary at administrative and legal proceedings.

4. **LEGAL FEES.** Client agrees to pay Attorney forty percent of the total amount recovered. Or whatever amount is mandated by MICRA or applicable law.

5. **COSTS AND OTHER CHARGES.** Attorney will incur various cost and expenses in performing legal services under this Agreement. Client agrees to pay all costs and disbursements in addition to the fees as stated in Paragraph 2.

6. **BILLING STATEMENTS.** Attorney will send Client monthly billing statements if Attorney has agreed to accept payment of the specified flat fee in monthly installments. Each statement will be payable within 10 days of its mailing date. If Attorney should incur costs which are beyond the normal and necessary expenses associated with the legal services provided, those charges will be included on the monthly billing statements, and will be clearly identified by item and amount.

7. **DISCHARGE AND WITHDRAWAL.** Client may discharge Attorney at any time. Attorney may withdraw with Client's consent or for good cause. Good cause includes Client's breach of this agreement, refusal to cooperate or to follow Attorney's advice on a material matter or any fact or circumstances that would render Attorney's continuing representation unlawful or unethical. When Attorney's services conclude, all unpaid charges will immediately become due and payable. After services conclude, Attorney will, upon Client's request, deliver Client's file, and property in Attorney's possession, whether or not Client has paid for all services.

8. **DISCLAIMER OF GUARANTEE AND ESTIMATES.** Nothing in this Agreement and nothing in Attorney's statement to Client will be construed as a promise or guarantee about the outcome of the matter. Attorney makes no such promises or guarantees. Attorney's comments about the outcome of the matter are expressions of opinion only. Any estimate of fees given by Attorney, other than a flat fee, shall not be a guarantee.

9. **ENTIRE AGREEMENT.** This Agreement contains the entire Agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

10. **SEVERABILITY IN EVENT OF PARTIAL INVALIDITY.** If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

**11.     MODIFICATION BY SUBSEQUENT AGREEMENT.**  This Agreement may be modified by subsequent Agreement of the parties only by the instrument in writing signed by both of them or an oral agreement only to the extent that the parties carry it out.

**12.     EFFECTIVE DATE.**  This Agreement will govern all legal services performed by Attorney on behalf of Client commencing with the date Attorney first performed services. The date at the beginning of this Agreement is for reference only.  Even if this Agreement does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

**13.     CHARGING LIEN ON REAL OR PERSONAL PROPERTY** The attorney has a right to lien and take personal property that is in the attorney's possession for unpaid fees**.**  Upon reasonable notice to the client, the attorney will have the right to execute on this property or to place a lien on real property.  The client is advised that she has the right to consult with an independent outside attorney and expressly waives the right to seek advice from independent counsel on the issue of liens.

**14.**    *In accordance with California and Nevada law, the client is advised that: (1) There is no guarantee of a  successful outcome in your case and (2) In the event of a loss, the client may be liable to the opposing side for the opposing side's attorney's fees and costs; and (3) A suit may not be brought solely to harass or coerce a settlement, and that such a suit*

*may result in a suit against you for malicious prosecution or abuse of process.*

**THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM AS OF THE DATE ATTORNEY FIRST PROVIDED SERVICES, IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE, JOINTLY AND SEVERALLY, FOR ALL OBLIGATIONS UNDER THIS AGREEMENT.  CLIENT SHALL RECEIVE A FULLY EXECUTED DUPLICATE OF THIS AGREEMENT.**

DATED:___12-7-06          ____Nelvin McDermott_____

                          Nelvin McDermott


DATED:__12-7-06_          Law Offices of Donald Beury, Attorneys at Law


                          By:___Donald_Beury_____

                          Donald Beury

*The Law Offices of*

# Donald D. Beury

423 E Street

Davis, California 95616

Fax: (530) 757-7124

Admitted in Nevada,
California, and
Florida

Davis
(530) 757-7125

Sacramento
(916) 553-4160

Cell phone
(916) 801-4182

April 17, 2008

Terri Delgadillo
Director of Developmental Services
1600 9th Street Room 240
Sacramento, California 95814

Sandra Shrewry
State Department of Health Service
P.O. Box 997413
Sacramento, CA. 95899

Director of Mental Health
1600 9th Street Room 151
Sacramento, CA 95814

Kaiser foundation Health Plan, Inc.
1950 Franklin Street, 17th Floor
Oakland, California 94612

<u>Re: Melvin McDermott v. Abbott Laboratories</u>

Ladies and Gentlemen,

    Please be advised that the hearing on Mr. McDermott's Petition for a Compromise of Minor's claim is attached hereto. Note the date and time on the front of said motion. Should you have any objection or input, please file same with the above court.

Sincerely,


Donald Beury

DB/jb

cc: Melvin McDermott

<u>PROOF OF SERVICE</u>

The undersigned does hereby declare that I am a citizen of the United States and a resident of the County of Yolo, with an office in the County of Yolo.  I am over the age of eighteen years and not a party to the above entitled action; my mailing address is  423 E Street Davis, California 95616.    I am familiar with the practice of this office whereby the mail is deposited in a U.S. mailbox in the City of Davis at the close of business.

I, Sabrina Olson, do declare under penalty of perjury that she is an employee of the Law office of Donald Beury and that she is employed in the City of Davis, California.

On the___ day of April, 2008, I deposited a copy of the forgoing Motion for Compromise of Minor's Claims   into the United States mails and addressed to:

The agencies in the above cited letter:

Peter Schnaitman/ Tucker Ellis & West
515 South Flower Street, 42nd floor
Los Angeles, CA 90071


Which is the last known address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Dated this ___ day of April, 2008.



_____
Sabrina Olson