UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NELVIN MCDERMOTT, personally
and as Guardian Ad Litem for
Anna Marie Irena and
Christopher McDermott,

        Plaintiffs,

   v.

CENTOCOR RESEARCH AND
DEVELOPMENT, INC., a
Pennsylvania Corporation,
AVENTIS PHARMACEUTICALS
CORPORATION, a Delaware
Corporation, DOES 2 through
10 and ROE Corporation 1
through 10,

        Defendants.
_____/

NO. CIV. S-07-586 LKK/DAD

O R D E R

As stated during the hearing on plaintiffs' motion for approval of minor compromise on May 20, 2008, the court grants the motion except that it approves attorney's fees in the amount of 25 percent rather than 40 percent. Accordingly, plaintiffs' counsel is entitled to $6,875 in fees plus $1,074.20 in costs.

////

1

1  IT IS SO ORDERED.

2  DATED: May 21, 2008.

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

2