1  LAW OFFICE OF DONALD D. BEURY
   DONALD D. BEURY – STATE BAR NO. 141733
2  423 E. STREET
   DAVIS, CA 95616
3  TELEPHONE: (530) 757-7125
   FACSIMILE: (530) 757-7124
4  DB.BEURYLAW@SBCGLOBAL.NET

5  ATTORNEYS FOR PLAINTIFFS
   NELVIN McDERMOTT, personally and as
6  Guardian ad litem for ANNA MARIE, IRENA
   and CHRISTOPHER McDERMOTT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELVIN MCDERMOTT, personally and as guardian ad litem for Anna Marie, Irena and Christopher McDermott,<br><br>  Plaintiff,<br><br>  v.<br><br>CENTOCOR RESEARCH AND DEVELOPMENT, INC., a Pennsylvania Corporation, AVENTIS PHARMACEUTICALS CORPORATION, a Delaware Corporation, DOES 2 through 10 and ROE Corporations 1 through 10,<br><br>  Defendants. | Case No. 2:07-CV-00586-LKK-DAD<br>(Assigned to Judge Lawrence K. Karlton)<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

1
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by and between the parties, by and through their undersigned attorneys, that pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiffs' Complaint shall be dismissed with prejudice on the merits. Each party shall bear its own costs, fees, and expenses, including attorneys' fees, in connection with this voluntary dismissal.

DATED: May 19, 2008                         LAW OFFICE OF DONALD D. BEURY

                                            By:    /S/ Donald Beury
                                            Donald D. Beury
                                            Attorneys for Plaintiffs
                                            NELVIN McDERMOTT, personally and as
                                            Guardian ad litem for ANNA MARIE,
                                            IRENA and CHRISTOPHER
                                            McDERMOTT

DATED: May 23, 2008                         TUCKER ELLIS & WEST LLP

                                            By:    /S/ Peter E. Schnaitman
                                            Peter E. Schnaitman
                                            Attorneys for Defendant
                                            CENTOCOR, INC. (erroneously sued as
                                            CENTOCOR RESEARCH AND
                                            DEVELOPMENT, INC.)

DATED: May 23, 2008                         SHOOK, HARDY & BACON LLP

                                            By:    /S/ Angela M. Seaton
                                            Angela Seaton, Esq.
                                            Attorneys for Defendant
                                            AVENTIS PHARMACEUTICALS
                                            CORPORATION

2.
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1   PURSUANT TO STIPULATION, **IT IS HEREBY ORDERED:**

2

3   DATED:  May 27, 2008

```
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

3.
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Suite 4200, Los Angeles, CA 90071-2223.

     On May 23, 2008, I served the foregoing document entitled **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** by placing (_) the original (X) a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

| | |
|---|---|
| Donald Beury, Esq.<br>Attorney at Law<br>423 E. Street<br>Davis, CA 95616 | **Counsel for Plaintiffs**<br><br>Tel: 530.757.7125<br>Fax: 530.757.7124 |
| Frank Kelly, Esq.<br>SHOOK, HARDY & BACON LLP<br>333 Bush Street, Suite 600<br>San Francisco, CA 94104 | **Counsel for Aventis Pharmaceuticals Inc.**<br><br>Tel: 415.544.1900<br>Fax: 415.391.0281 |
| Angela M. Seaton, Esq.<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 | Tel: 816.474.6550<br>Fax: 816.421.5547 |

(X)   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )   By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( )   By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 23, 2008, at Los Angeles, California.

                                                          /S/ Frank V. Provenzano
                                                            Frank V. Provenzano

PDF created with pdfFactory trial version www.pdffactory.com